1  JAMES J. BERGMANN, ESQ., SBN 220447
   Law Office of Donald F. Seth
2  290 B Street, Suite 205
   Santa Rosa, CA 95401
3  (707) 545-6370 Telephone
   (707) 545-9770 Facsimile
4  jimbergmann@hotmail.com

5  Attorney for Plaintiffs
   JUANITA L. WILBORN and
6  DOUGLAS WILBORN

7

8                            UNITED STATES DISTRICT COURT
9
                             NORTHERN DISTRICT OF CALIFORNIA
10
                                  SAN FRANCISCO DIVISION
11
12  JUANITA I. WILBORN and,           )   CASE NUMBER: C 08-05044 Jl
    DOUGLAS WILBORN,                  )
                                      )   STIPULATION AND ORDER TO
13            Plaintiffs,             )   CONTINUE CASE MANAGEMENT
                                      )   CONFERENCE
14      vs.                           )
                                      )
15  NEW CENTURY MORTGAGE CORP.,       )
    SAXON MORTGAGE SERVICES, INC.,    )
16  CAPITAL ONE MORTGAGE,             )
    JHCN ENTERPRISE, INC.,            )
17  ANDRI MORADI MASIHI,              )
    JEROME NALBANDIAN,                )
18  SEVAN RANJBAR, and                )
    DOES ONE through THIRTY,          )
19                                    )
              Defendants.             )
20  _____)

21

22      IT IS HEREBY STIPULATED by and between all parties, through their designated

23  counsel, that the Case Management Conference presently scheduled for February 11, 2009 at

24  10:30 a.m. be continued to February 18, 2009 at 10:30 a.m.

25      IT IS FURTHER STIPULATED that pursuant to the Court's Order Setting Initial Case

26  Management Conference and ADR Deadlines, the deadlines to file the Rule 26(f) Report;

27  complete initial disclosures or state objection; and file Case Management Statement be

28  continued to February 11, 2009.

STIPULATION AND ORDER TO CONTINUE CMC
C08-05044 JL

| | | |
|---|---|---|
| 1 | DATED: February 3, 2009 | LAW OFFICE OF DONALD F. SETH |
| 2 | | |
| 3 | | By: /s/ James J. Bergmann<br>JAMES J. BERGMANN<br>Attorney for Plaintiffs, JUANITA L<br>WILBORN and DOUGLAS WILBORN |
| 4 | | |
| 5 | DATED: _____ 2009 | WRIGHT, FINLAY & ZAK, LLP |
| 6 | | |
| 7 | | |
| 8 | | By: _____<br>NICHOLAS G. HOOD<br>Attorney for Defendant, SAXON<br>MORTGAGE SERVICES, INC. |
| 9 | | |
| 10 | DATED: 2/3 2009 | SHANE & DiGIUSEPPE LLP |

By: _____
RICHARD A. RODGERS
Attorney for Defendants, CAPITAL ONE
MORTGAGE, JHCN ENTERPRISE,
INC., ANDRI MORADI MASIHI,
JEROME NALBANDIAN and SEVAN
RANJBAR

## ORDER

PURSUANT TO THE STIPULATION, THE COURT ORDERS that the Case Management Conference scheduled for February 11, 2009 is continued to February 18, 2009 at 10:30 a.m.

Accordingly, the deadlines to file the Rule 26(f) Report; complete initial disclosures or state objection; and file Case Management Statement are continued to February 11, 2009.

**IT IS SO ORDERED.**

DATED: February 6, 2009

_____
CHIEF MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE CMC
C08-05044 JL                                              2