JAMES J. BERGMANN, ESQ., SBN 220447
The Law Office of Donald F. Seth
290 B Street, Suite 205
Santa Rosa, CA  95401
(707) 545-6370 telephone
(707) 545-9770 fax
jimbergmann@hotmail.com

Attorneys for Plaintiffs
JUANITA I. WILBORN and DOUGLAS WILBORN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JUANITA I. WILBORN and DOUGLAS WILBORN,<br><br>Plaintiffs,<br><br>v.<br><br>NEW CENTURY MORTGAGE CORPORATION,<br>SAXON MORTGAGE SERVICES, INC.,<br>CAPITAL ONE MORTGAGE,<br>JHCN ENTERPRISE, INC.,<br>ANDRI MORADI MASIHI,<br>JEROME NALBANDIAN,<br>SEVAN RANJBAR,<br>and DOES ONE through THIRTY,<br><br>Defendants.<br>_____/ | **CASE NO. C 08-05044 JL**<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF CAPITAL ONE MORTGAGE, JHCN ENTERPRISE, INC., ANDRI MORADI MASIHI, JEROME NALBANDIAN, AND SEVAN RANJBAR**<br><br><br>**Honorable James Larson**<br>**Chief U.S. Magistrate Judge** |

IT IS HEREBY STIPULATED by and between Plaintiffs Juanita I. Wilborn and Douglas Wilborn and Defendants Capital One Mortgage, JHCN Enterprise, Inc., Andri Moradi Masihi, Jerome Nalbandian, and Sevan Ranjbar (collectively, the "Parties"), through their designated counsel who have express authority to compromise their respective claims, that Capital One Mortgage, JHCN Enterprise, Inc., Andri Moradi Masihi, Jerome Nalbandian, and Sevan Ranjbar be dismissed from the above-captioned action, with prejudice, pursuant to FRCP

---
STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DEFENDANTS CAPITAL ONE MORTGAGE, JHCN ENTERPRISE, INC., ANDRI MORADI MASIHI, JEROME NALBANDIAN, AND SEVAN RANJBAR - C-08-05044 JL

41(a)(2), with each party to bear its own attorney fees and costs.

The Parties request that this Court retain jurisdiction to enforce the terms of the Settlement Agreement, entered into by the Parties on June 30, 2009 during Court-sponsored mediation, at the office of Wayne T. Lamprey, Esq. A true and correct copy of the Settlement Agreement is attached hereto as a four-page handwritten document, the terms of which are set forth as follows:

> Plaintiffs Juanita and Douglas Wilborn, and Defendants JHCN Enterprise, Inc., Capital One Mortgage, Andri Moradi Masihi, Jerome Nalbandian, and Sevan Ranjbar agree to compromise and settle all of their claims, and that Plaintiffs will dismiss the above-referenced case, with prejudice, under the following terms and conditions:
>
> 1. Within thirty days of June 30, 2009, the above-named Defendants shall pay the sum of $10,000.00 to Juanita I. Wilborn, payable to the Law Office of Donald F. Seth.
>
> 2. Within sixty days of June 30, 2009, the above-named Defendants shall pay the sum of $5,000.00 to Juanita I. Wilborn, payable to the Law Office of Donald F. Seth.
>
> 3. This Court shall retain jurisdiction for enforcement of the terms of this Settlement Agreement.
>
> 4. The parties intend to release each other from any claims, known or unknown, and waive all rights under Civil Code §1542.
>
> 5. Each party shall bear its/his/her own attorney fees and costs.
>
> 6. If any party initiates legal proceedings to enforce the terms of this Settlement Agreement, the prevailing party shall be entitled to their reasonable attorney fees and costs incurred thereby.
>
> 7. This Settlement Agreement shall be filed with the Court, with a Notice of Settlement, and all pending matters shall be taken off the Court's calendar.
>
> 8. By their signatures on the attached hand-written Settlement Agreement, each party represents and warrants that he/she is authorized to enter into this Agreement and bind the respective named parties.
>
> 9. Juanita I. Wilborn, by her signature on the attached hand-written Settlement Agreement, agrees that all claims of the estate of Douglas Wilborn are hereby settled in full.

Dated: July __7__, 2009                /s/ James J. Bergmann
                                       JAMES J. BERGMANN
                                       The Law Offices of Donald F. Seth
                                       Attorneys for Plaintiffs Juanita I. Wilborn and
                                       Douglas Wilborn

1  Dated: July _____, 2009         (scanned signature PDF attached)
                                   RICHARD A. RODGERS
2                                  Shane, DiGiuseppe & Rodgers, LLP
                                   Attorneys for Defendants Capital One
3                                  Mortgage, JHCN Enterprise, Inc., Andri Moradi
                                   Masihi, Jerome Nalbandian, and Sevan Ranjbar

Pursuant to the Stipulation above, the Court orders that Defendants Capital One Mortgage, JHCN Enterprise, Inc., Andri Moradi Masihi, Jerome Nalbandian, and Sevan Ranjbar be, and hereby are, dismissed, with prejudice, from the above-captioned action. The Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement, which are incorporated herein by reference as set forth in the Parties' Stipulation, *supra*. Any breach of the Settlement Agreement by any of the Parties shall violate this Order, and shall confer jurisdiction on this Court to enforce the terms of the Settlement Agreement.

Each party shall bear its own costs and attorneys fees incurred in this action, except that, if any Party initiates legal proceedings to enforce the terms of the Settlement Agreement, the prevailing party shall be entitled to her/his/its reasonable attorney fees and costs incurred thereby.

IT IS SO ORDERED.

Dated: __July 7_____, 2009    _____
                                            JAMES LARSON
                                            Chief United States Magistrate Judge

//
//

---

STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DEFENDANTS CAPITAL ONE MORTGAGE, JHCN ENTERPRISE, INC., ANDRI MORADI MASIHI, JEROME NALBANDIAN, AND SEVAN RANJBAR - C-08-05044 JL
- 3 -