UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA I. WILBORN, ET AL., | No. C 08-5044 JL |
| Plaintiffs, | **ORDER** |
| v. | **DENIES DOCKET #57** |
| NEW CENTURY MORTGAGE CORP, et al., | |
| Defendants. | |

The Court has simultaneously received Plaintiffs' motion to enforce the settlement agreement and Defendants' attorneys' request to withdraw from the case. Due to the former, the latter is hereby denied.

Parties and counsel of record shall appear before this Court on Wednesday, September 30, 2009 at 9:30 a.m. for a hearing on Plaintiffs' motion. Defendants may respond to the motion on the normal briefing schedule as provided by Civil Local Rule 7.

IT IS SO ORDERED.

DATED: August 20, 2009

_____
James Larson
United States Magistrate Judge

C-08-5044 NOTICE