```
 1  JAMES J. BERGMANN, ESQ., (SBN 220447)
    Law Office of Donald F. Seth
 2  290 B Street, Suite 205
    Santa Rosa, CA 95401
 3  jimbergmann@hotmail.com
    (707) 545-6370 Telephone
 4  (707) 545-9770 Facsimile

 5  Attorney for Plaintiffs
    JUANITA I. WILBORN and
 6  DOUGLAS WILBORN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA I. WILBORN and DOUGLAS WILBORN,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW CENTURY MORTGAGE CORPORATION, et al.,<br><br>Defendants. | CASE No.: CV 08-05044 JL<br>Assigned Judge: Hon. James Larson, Chief Magistrate Judge<br>Notice of Removal Filed: 11-5-08<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between plaintiffs JUANITA I. WILBORN and DOUGLAS WILBORN and all named defendants, NEW CENTURY MORTGAGE CORPORATION, SAXON MORTGAGE SERVICES, INC., CAPITAL ONE MORTGAGE, JHCN ENTERPRISE, INC., ANDRI MORADI MASIHI, JEROME NALBANDIAN and SEVAN RANJBAR, through their designated counsel, that the above-named defendants, including all DOE defendants, be dismissed from the above-captioned action, with prejudice, pursuant to FRCP 41(a).

DATED: Oct. 22, 2009          LAW OFFICE OF DONALD F. SETH

                              By: /s/ James J. Bergmann
                                  JAMES J. BERGMANN
                                  Attorney for Plaintiffs, JUANITA I.
                                  WILBORN and DOUGLAS WILBORN

| | | |
|---|---|---|
| 1 | DATED: October 20, 2009 | WRIGHT, FINLAY & ZAK |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>NICHOLAS G. HOOD<br>Attorney for Defendant, SAXON |
| 5 | | MORTGAGE SERVICES, INC. |
| 6 | DATED: _____, 2009 | SHANE & DiGIUSEPPE, LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | RICHARD A. RODGERS<br>Attorney for Defendants, CAPITAL ONE |
| 10 | | MORTGAGE, JHCN ENTERPRISE,<br>INC., ANDRI MORADI MASIHI, |
| 11 | | JEROME NALBANDIAN and SEVAN<br>RANJBAR |

### ORDER

PURSUANT TO THE STIPULATION, THE COURT ORDERS that defendants NEW CENTURY MORTGAGE CORPORATION, SAXON MORTGAGE SERVICES, INC., CAPITAL ONE MORTGAGE, JHCN ENTERPRISE, INC., ANDRI MORADI MASIHI, JEROME NALBANDIAN, SEVAN RANJBAR and all DOE defendants be, and hereby are, dismissed with prejudice from the above-captioned action as to all claims and allegations brought against them by plaintiffs JUANITA I. WILBORN and DOUGLAS WILBORN..

This Court DIRECTS the clerk to close this action.

**IT IS SO ORDERED.**

DATED: _____, 2009

_____
JAMES LARSON
CHIEF UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | DATED: _____, 2009 | WRIGHT, FINLAY & ZAK |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | NICHOLAS G. HOOD<br>Attorney for Defendant, SAXON MORTGAGE SERVICES, INC. |
| 6 | DATED: 10-22, 2009 | SHANE & DiGIUSEPPE, LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | RICHARD A. RODGERS<br>Attorney for Defendants, CAPITAL ONE MORTGAGE, JHCN ENTERPRISE, INC., ANDRI MORADI MASIHI, JEROME NALBANDIAN and SEVAN RANJBAR |

## ORDER

PURSUANT TO THE STIPULATION, THE COURT ORDERS that defendants NEW CENTURY MORTGAGE CORPORATION, SAXON MORTGAGE SERVICES, INC., CAPITAL ONE MORTGAGE, JHCN ENTERPRISE, INC., ANDRI MORADI MASIHI, JEROME NALBANDIAN, SEVAN RANJBAR and all DOE defendants be, and hereby are, dismissed with prejudice from the above-captioned action as to all claims and allegations brought against them by plaintiffs JUANITA I. WILBORN and DOUGLAS WILBORN..

This Court DIRECTS the clerk to close this action.

**IT IS SO ORDERED.**

DATED: October 27, 2009, 2009

_____
JAMES LARSON
CHIEF UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER OF DISMISSAL
C 08-05044 JL

2